IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TONY W. HARDEN, K04116, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 19-cv-750-NJR |
| ) | |
| ROB JEFFREYS, ) | |
| DANIEL Q. SULLIVAN, ) | |
| SARAH BROWN FOILES, ) | |
| SALVADOR A. GODINEZ, ) | |
| JOHN R. BALDWIN, ) | |
| and JESSICA STOVER, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

**ROSENSTENGEL, Chief Judge:**

This matter is before the Court to follow up to the telephonic status conference held on August 26, 2021.

Defense counsel suggested that Defendants who are no longer employed by the Illinois Department of Corrections should be dismissed from the action and pointed out that Daniel Sullivan has been replaced as Warden of Big Muddy River Correctional Center ("BMRCC") by Greg Morgenthaler, thus a substitution may be in order. *See* FED. R. CIV. P. 25(d). Plaintiff's counsel objected to any dismissal of parties.

The question whether Plaintiff Harden is seeking monetary damages in addition to injunctive relief also was raised. Plaintiff's counsel acknowledged that he did not specifically include a request for compensatory damages in the First Amended

Complaint's prayer for relief. It contains only a general request for "any such further relief as the Court may deem just" (Doc. 45, p. 17). Plaintiff's counsel noted the body of the complaint alleges harm to Harden and thus he intends to seek compensatory damages as well as injunctive relief.

Defense counsel noted that another pending case in this Court, *Howe, et al., v. Holt, et al.*, No. 14-cv-844-SMY, raises similar claims for injunctive relief on behalf of several other civil SDP detainees at BMRCC.[1] A bench trial was held in that action, and the case is under advisement pending a final order. If relief is ordered in *Howe*, that order could address some of the issues raised by Harden in this case.

The Court observes that in the First Amended Complaint, Harden sues all Defendants in both their official and individual capacities (Doc. 45, p. 3). Therefore, a *sua sponte* dismissal of former IDOC Directors Godinez and Baldwin and former warden Sullivan is not appropriate. Because Godinez, Baldwin, and Sullivan are no longer serving in their former official capacities, however, any claims against these Defendants will go forward against them in their **individual capacities only**.

**IT IS ORDERED** that pursuant to Rule 25(d), current BMRCC Warden Greg Morgenthaler is **SUBSTITUTED** for former warden Sullivan as the official capacity Defendant who will be responsible for implementing any injunctive relief that may be ordered. FED. R. CIV. P. 25(d); *Gonzalez v. Feinerman*, 663 F.3d 311, 315 (7th Cir. 2011)

---

[1] Plaintiff Harden had been a Plaintiff in *Howe* but voluntarily dismissed his claims in that case without prejudice in June 2015 when he was conditionally released from BMRCC. (Doc. 73 in Case No. 14-cv-844-SMY).

(proper defendant in a claim for injunctive relief is the government official responsible for ensuring any injunctive relief is carried out). The Clerk of Court is **DIRECTED** to **ADD** as a Defendant **GREG MORGENTHALER**, Warden of Big Muddy Correctional Center (official capacity only).

Harden is **ORDERED** to file a status report to inform the Court and Defendants of the outcome of the September 2021 hearing in Sangamon County Circuit Court on a pending motion regarding his SDP commitment, within **7 days** of the entry of any order in that case.

As set forth in the most recent scheduling order (Doc. 61), the deadline to file any motion to amend the pleadings is **November 2, 2021**.

No trial date or presumptive trial month has yet been set. The parties shall continue their discussions to explore the possibility of settlement. If the parties believe a settlement conference or mediation would be beneficial at any point before trial, they should contact the Court.

The Court will set another telephonic status conference by separate order.

**IT IS SO ORDERED.**

DATED: September 2, 2021

_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**